

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-19-00209-CR &
06-19-00210-CR

KYLE ANDREW BUTLER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court Nos. 27382 & 27535

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

Our review of the reporter's record and the clerk's record indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The reporter's record and the clerk's record contain the name of a person who was a minor at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the reporter's record and the clerk's record contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed reporter's record and clerk's record.

IT IS SO ORDERED.

BY THE COURT

Date:   April 17, 2020